UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
PLANO DIVISON



FILED
SEP 2 2 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | |
|---|---|
| ADEAN HILL JR., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § Case No.: 4:25-cv-00943-SDJ-AGD |
| ALPHA HOME BUYERS LLC a | § |
| Texas Limited Liability Company | § |
| | § |
| | § |
| | § |
| Defendants. | § |
| | § |

**PLAINTIFF'S MOTION FOR SUBTITUTE SERVICE OF PROCESS**

    Plaintiff hereby request to leave to serve Defendant Alpha Home Buyers LLC via alternative means.

Plaintiff hired process server to serve Defendant Alpha Home Buyer LLC at registered agent's address and principal address. However, Defendant is not servable via traditional means.

    On August 29, 2025, Plaintiff hired process server ABC Legal to serve Defendant Alpha Home Buyers LLC via registered agent Edwin Salgado at 40 Cypress Creek Pkwy, 201, Houston, TX 77090-3530. This address is the listed address on the Texas Secretary of State website. On September 1, 2025, Plaintiff received proof of non-service from server stating it was not the subject's proper address. Exhibit A.

    On September 2, 2025, Plaintiff hired process server ABC Legal to serve Defendant Alpha Home Buyers LLC via registered agent Edwin Salgado at possible personal address 2933 Roseheath Lane, Houston, TX 77073. On September 2, 2025, Plaintiff received proof of non-

service from server stating the resident at this address did not recognize the name and told the server Edwin Salgado does not live there. Exhibit B.

On September 15, 2025 Plaintiff hired process server ABC Legal to re-serve Defendant Alpha Home Buyer LLC via registered agent Edwin Salgado at 20713 Aldine Westfield Rd, Humble, TX 77338-3317. This address is listed as the mailing address on the Texas Secretary of State website. On September 16, 2025, Plaintiff received another proof of non-service for this address from the server explaining the resident of this address knows of Edwin Salgado but does not reside at the address. Exhibit C.

Under Rule 106(a)(2) and Rule 106(b)(2), Plaintiff asks the court to allow Plaintiff to serve Defendant and Defendant's registered agent by serving a true copy of Plaintiff's Original Complaint, Summons, and Coversheet via email at email address hello@alphahomebuyersdfw.com. This email address is advertised on Defendant's website alphahomebuyersdfw.com. Exhibit D. Through information and belief, this email address is still active and in use by Defendant. Plaintiff further asks the court to allow Plaintiff to serve Defendant and Defendant's registered agent with a physical copy of the Complaint, Summons, and Coversheet via certified mail to the Texas Secretary of State and Defendant's registered agent's listed address on the Texas Secretary of State, 40 Cypress Creek Pkwy, 201, Houston, TX 77090-3530.

Dated: September 22, 2025,                                         Respectfully Submitted,

_Adean Hill Jr_
Adean Hill Jr.
Plaintiff, Pro Se
910 Spruce Ln
Princeton, TX 75407
214-309-6388
Adeanhill1@gmail.com